**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 09-00385-1-PHX-SRB |
| Plaintiff, ) | **DETENTION ORDER** |
| vs. ) | |
| Samantha Rae Barrera, ) | |
| Defendant. ) | |

On August 30, 2011, defendant Samantha Rae Barrera appeared before this Court on a petition for revocation of supervised release. The Court considered the information provided to the Court, and the arguments of counsel in determining whether the defendant should be released on conditions set by the Court.

The Court finds that the defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke her supervised release, has failed to establish by clear and convincing evidence that she is not likely to flee if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. §3143.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 31st day of August, 2011.

_____
James F. Metcalf
United States Magistrate Judge